# United States Court of Appeals for the Federal Circuit

December 7, 2009

ERRATA

Appeal No. 2009-1087

ENCYCLOPAEDIA BRITANNICA v. ALPINE ELECTRONICS

Decided:  December 4, 2009                    Nonprecedential Opinion

Please make the following change:

Page 8 line 21 after "known algorithms even though it did" insert "not".